UNITED STATES, Appellee

v

JAMES H. FRENZE, Commissaryman Second Class,
U. S. Navy, Appellant

16 USCMA 244, 36 CMR 400

No. 19,061

April 29, 1966

*Major Ernest B. Wright,* USMC, argued the cause for Appellant, Accused.

*Colonel J. E. Hanthorn,* USMC, was on the brief for Appellee, United States. *Lieutenant Jean E. Van Slate,* USNR, was on the pleadings for Appellee, United States.

### Opinion of the Court

QUINN, Chief Judge:

Two questions are presented by this appeal. The first involves the authority of the Commanding Officer, ■■■■■ Enlisted Personnel, U. S. Naval Station, San Diego, California, to convene special courts-martial as authorized by the special designation of the Secretary of the Navy. The circumstances surrounding the designation are substantially similar to those we considered in United States v Surtasky, 16 USCMA 241, 36 CMR 397. For the reasons set out in our opinion in that case, we conclude that the convening authority here was competent to convene the court-martial which tried the accused.

The second question, presented by certificate of The Judge Advocate General of the Navy, concerns the correctness of the board ■■■■■ of review's determination that the accused was not denied any fundamental right by the procedure by which the charges were referred to trial and assigned to a particular court-martial. We reviewed the procedure in United States v Simpson, 16 USCMA 137, 36 CMR 293, and determined that while it was contrary to the standard practice it did not deprive the accused of a substantial right to his prejudice. Consequently, the certified question is answered in the affirmative.

The decision of the board of review is affirmed.

Judges FERGUSON and KILDAY concur.